Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Thomas R. Freeman - State Bar No. 135392
    tfreeman@birdmarella.com
Marc E. Masters - State Bar No. 208375
    mmasters@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Marc L. Godino – State Bar No. 182689
Jonathan M. Rotter – State Bar No. 234137
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
info@glancylaw.com

Attorneys for Plaintiff Misty Hong

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MISTY HONG, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>BYTEDANCE, INC., a corporation, TIKTOK, INC., a corporation; BEIJING BYTEDANCE TECHNOLOGY CO. LTD., a privately-held company; and MUSICAL.LY, a corporation.<br><br>        Defendants. | CASE NO. 5:19-cv-07792-SVK<br><br>**NOTICE OF APPEARANCE OF MARC E. MASTERS** |

3619870.1

1   **TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS**

2   **OF RECORD**:

3       **PLEASE TAKE NOTICE** that Marc E. Masters of Bird, Marella, Boxer,

4   Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C., hereby enters his appearance

5   as attorney of record for Plaintiff Misty Hong.  The address, phone number,

6   facsimile number, and email address at which Mr. Masters may be contacted are as

7   follows: 1875 Century Park East, 23rd Floor, Los Angeles, California 90067;

8   telephone number (310) 201-2100; facsimile number (310) 201-2110; email address

9   mmasters@birdmarella.com.

10

11   DATED:  December 2, 2019          Bird, Marella, Boxer, Wolpert, Nessim,
                                       Drooks, Lincenberg & Rhow, P.C.
12

13

14                                     By:  _____ */s/ Marc E. Masters* _____
                                             Marc E. Masters
15                                         Attorneys for Plaintiff Misty Hong

16

17

18

19

20

21

22

23

24

25

26

27

28

3619870.1                              2                    Case No. 5:19-cv-07792-SVK

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on this 2nd day of December 2019, I electronically filed

3

the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF

4

system, thereby serving all parties and counsel of record.

5

6

7

*/s/ Marc E. Masters*
Marc E. Masters

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28