1  Ekwan E. Rhow - State Bar No. 174604
   Thomas R. Freeman - State Bar No. 135392
2  Marc E. Masters - State Bar No. 208375
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
7  Marc L. Godino – State Bar No. 182689
   Jonathan M. Rotter – State Bar No. 234137
8  GLANCY PRONGAY & MURRAY LLP
   1925 Century Park East, Suite 2100
9  Los Angeles, California  90067-2561
   Telephone:  (310) 201-9150
10 info@glancylaw.com
11
   *Attorneys for Plaintiff Misty Hong*
12
                    **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**

14 | MISTY HONG, individually and on behalf of all others similarly situated, | CASE NO.  5:19-cv-07792-LHK |
|---|---|
| Plaintiff, | |
| vs. | **CERTIFICATE OF INTERESTED ENTITIES** |
| BYTEDANCE, INC., a corporation, TIKTOK, INC., a corporation; BEIJING BYTEDANCE TECHNOLOGY CO. LTD,, a privately-held company; and MUSICAL.LY, a corporation. | |
| Defendants. | |

506676.1

CERTIFICATE OF INTERESTED ENTITIES

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
2  named parties and the proposed class, there is no such interest to report.

3

4  DATED: December 5, 2019              Bird, Marella, Boxer, Wolpert, Nessim,
                                        Drooks, Lincenberg & Rhow, P.C.
5

6                                       By:    */s/ Marc E. Masters*
7                                                  Marc E. Masters
                                              Attorneys for Plaintiff Misty Hong
8

9  DATED: December 5, 2019              Glancy Prongay & Murray LLP
10

11                                      By:    */s/ Jonathan M. Rotter*
                                                  Jonathan M. Rotter
12                                            Attorneys for Plaintiff Misty Hong

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

506676.1

2

CERTIFICATE OF INTERESTED ENTITIES

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On December 5, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 5, 2019, at Los Angeles, California.

*s/ Jonathan M. Rotter*
Jonathan M. Rotter