| | |
|---|---|
| 1 | ANTHONY J WEIBELL, SBN 238850 |
| | CURTIS S. KOWALK, State Bar No. 324770 |
| 2 | RYAN S. BENYAMIN, State Bar No. 322594 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
| | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
| | Email: aweibell@wsgr.com; ckowalk@wsgr.com; |
| 6 | rbenyamin@wsgr.com |
| | *Attorneys for Defendants* |
| 7 | |
| | MARC E. MASTERS, SBN 208375 |
| 8 | EKWAN E. RHOW, SBN 174604 |
| | THOMAS R. FREEMAN, SBN 135392 |
| 9 | BIRD, MARELLA, BOXER, WOLPERT, |
| | NESSIM, DROOKS, LINCENBERG & RHOW, |
| 10 | Professional Corporation |
| | 1875 Century Park East, 23rd Floor |
| 11 | Los Angeles, CA 90067-2561 |
| | Telephone: (650) 493-9300 |
| 12 | Facsimile: (650) 565-5100 |
| | Email: mmasters@birdmarella.com; |
| 13 | erhow@birdmarella.com; tfreeman@birdmarella.com |
| | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MISTY HONG, | CASE NO.: 5:19-cv-07792-LHK |
| Plaintiff, | **STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE MARCH 4, 2020 CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| BYTEDANCE, INC., et al., | |
| Defendants. | Judge: Hon. Lucy H. Koh |

Pursuant to Civil Local Rules 6-1(b) and 6-2, all parties, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on November 27, 2019;

WHEREAS, on December 17, 2019, the Parties filed a "Stipulation to Extend Time for Defendant to Respond to the Complaint" in the instant case, setting March 23, 2020 as the deadline for all defendants to respond to the Complaint;

WHEREAS, the Initial Case Management Conference is currently set for March 4, 2020;

WHEREAS, the Parties have agreed to submit their dispute to mediation before a private mediator and have a mediation scheduled for April 6, 2020;

WHEREAS, the Parties believe that further extending the deadline for Defendants to respond to the Complaint from March 23, 2020 to May 4. 2020 to allow the parties to complete their mediation efforts and determine next steps will serve the interest of judicial economy and will preserve the resources of the Parties and this Court; and

WHEREAS, the Parties believe that continuing the Case Management Conference from March 4, 2020 to April 22, 2020 (or as soon thereafter as the Court is available) to allow the parties to complete their mediation efforts and determine next steps will serve the interest of judicial economy and will preserve the resources of the Parties and this Court.

NOW THEREFORE, it is STIPULATED and AGREED, subject to Court approval, that:

1. The Initial Case Management Conference shall be continued to April 22, 2020, or to a later date to be determined by the Court. All other associated deadlines are likewise continued.

2. The deadline for all Defendants to respond to the Complaint will be May 4, 2020, and to the extent Defendants file any motion(s) in response to the Complaint, Plaintiff shall have at least two weeks from the date of filing to file her opposition brief(s).

| | | |
|---|---|---|
| Dated: February 24, 2020 | | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |

By: */s/ Anthony Weibell*

Attorneys for Defendant
BYTEDANCE, INC., TIKTOK, INC., BEIJING BYTEDANCE TECHNOLOGY CO. LTD, AND MUSICAL.LY

Dated: February 24, 2020

BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: */s/ Marc E. Masters*

Attorneys for Plaintiff
MISTY HONG

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, **IT IS SO ORDERED.**

Dated: _____

_____
Honorable Lucy H. Koh
United States District Court Judge

## ECF ATTESTATION

I, Anthony J Weibell, am the ECF User whose identification and password are being used to file this document and attest that all signatories hereto have concurred in this filing.

Dated: February 24, 2020            WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation

                                    By:   /s/ Anthony Weibell