ANTHONY J WEIBELL, SBN 238850
CURTIS S. KOWALK, State Bar No. 324770
RYAN S. BENYAMIN, State Bar No. 322594
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: aweibell@wsgr.com; ckowalk@wsgr.com;
rbenyamin@wsgr.com
*Attorneys for Defendants*

MARC E. MASTERS, SBN 208375
EKWAN E. RHOW, SBN 174604
THOMAS R. FREEMAN, SBN 135392
BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG & RHOW,
Professional Corporation
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: mmasters@birdmarella.com;
erhow@birdmarella.com; tfreeman@birdmarella.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MISTY HONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BYTEDANCE, INC., et al.,<br><br>　　　　Defendants. | CASE NO.: 5:19-cv-07792-LHK<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE MARCH 4, 2020 CASE MANAGEMENT CONFERENCE AND EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Lucy H. Koh |

1  Pursuant to Civil Local Rules 6-1(b) and 6-2, all parties, through their undersigned
2  counsel, hereby stipulate as follows:
3  WHEREAS, Plaintiff filed the Complaint in this action on November 27, 2019;
4  WHEREAS, on December 17, 2019, the Parties filed a "Stipulation to Extend Time for
5  Defendant to Respond to the Complaint" in the instant case, setting March 23, 2020 as the
6  deadline for all defendants to respond to the Complaint;
7  WHEREAS, the Initial Case Management Conference is currently set for March 4, 2020;
8  WHEREAS, the Parties have agreed to submit their dispute to mediation before a private
9  mediator and have a mediation scheduled for April 6, 2020;
10  WHEREAS, the Parties believe that further extending the deadline for Defendants to
11  respond to the Complaint from March 23, 2020 to May 4. 2020 to allow the parties to complete
12  their mediation efforts and determine next steps will serve the interest of judicial economy and
13  will preserve the resources of the Parties and this Court; and
14  WHEREAS, the Parties believe that continuing the Case Management Conference from
15  March 4, 2020 to April 22, 2020 (or as soon thereafter as the Court is available) to allow the
16  parties to complete their mediation efforts and determine next steps will serve the interest of
17  judicial economy and will preserve the resources of the Parties and this Court.
18  NOW THEREFORE, it is STIPULATED and AGREED, subject to Court approval, that:
19  1.   The Initial Case Management Conference shall be continued to April 22, 2020, or
20  to a later date to be determined by the Court. All other associated deadlines are likewise
21  continued.
22  2.   The deadline for all Defendants to respond to the Complaint will be May 4, 2020,
23  and to the extent Defendants file any motion(s) in response to the Complaint, Plaintiff shall have
24  at least two weeks from the date of filing to file her opposition brief(s).

| | |
|---|---|
| Dated: February 24, 2020 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By:   /s/ Anthony Weibell<br><br>Attorneys for Defendant<br>BYTEDANCE, INC., TIKTOK, INC., BEIJING BYTEDANCE TECHNOLOGY CO. LTD, AND MUSICAL.LY |
| Dated: February 24, 2020 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.<br><br>By:  /s/ *Marc E. Masters*<br><br>Attorneys for Plaintiff<br>MISTY HONG |

### [PROPOSED] ORDER

Pursuant to the foregoing stipulation, **IT IS SO ORDERED.**

**No further extensions will be granted.**

Dated: February 24, 2020                              *Lucy H. Koh*
                                                                    Honorable Lucy H. Koh
                                                                    United States District Court Judge

**ECF ATTESTATION**

I, Anthony J Weibell, am the ECF User whose identification and password are being used to file this document and attest that all signatories hereto have concurred in this filing.

Dated: February 24, 2020  WILSON SONSINI GOODRICH & ROSATI
  Professional Corporation

  By:   /s/ Anthony Weibell