Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re: TikTok, Inc. Privacy Litigation,

Plaintiff(s),

v.

Defendant(s).

Case No: 5:19-cv-07792-LHK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Benjamin F. Johns, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Adam E. Polk, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Chimicles Schwartz Kriner & Donaldson Smith LLP, 361 W. Lancaster Ave., Haverford, PA 19041 | Girard Sharp LLP, 601 California Street, Suite 1400, San Francisco, CA 94108 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 610-642-8500 | 866-981-4800 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bfj@chimicles.com | apolk@girardsharp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 201373.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: June 5, 2020

Benjamin F. Johns
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Benjamin F. Johns is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 8, 2020

*Lucy H. Koh*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Benjamin F. Johns, Esq.

#### DATE OF ADMISSION

**October 13, 2005**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: May 20, 2020

John W. Person Jr., Esq.
Deputy Prothonotary