DAVID S. STEUER, State Bar No. 127059
ANTHONY J WEIBELL, State Bar No. 238850
SARA L. TOLBERT, Cal. Bar No. 300945
CURTIS S. KOWALK, State Bar No. 324770
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: aweibell@wsgr.com; dsteuer@wsgr.com;
       stolbert@wsgr.com; ckowalk@wsgr.com

VICTOR JIH, State Bar No. 186515
RYAN S. BENYAMIN, State Bar No. 322594
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071-2027
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: vjih@wsgr.com; rbenyamin@wsgr.com

*Attorneys for all Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE TIKTOK, INC. PRIVACY LITIGATION | CASE NO.: 5:19-cv-07792-LHK<br><br>[**PROPOSED**] ORDER TO CONSOLIDATE CASES<br><br>Judge: Hon. Lucy H. Koh |
| APARNA IYER and BRANDY JOHNSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIKTOK, INC., et al.,<br><br>Defendants. | CASE NO.: 3:20-cv-03795 |

The civil action captioned *Iyer v. TikTok, Inc. et al.*, Case No. 3:20-cv-03795, alleges the collection and disclosure by defendant TikTok, Inc. of personally identifiable information, including biometric identifiers, from users of the TikTok mobile app without required disclosures and consent and is thus a "related case" within the meaning of Civil L.R. 3-12 to *In re TikTok, Inc. Privacy Litigation*, Case No. 5:19-cv-07792-LHK.

Accordingly, pursuant to the Court's May 26, 2020 Order Consolidating Cases (ECF No. 49), the civil action identified above is hereby reassigned to this Court and consolidated into Civil Action No. 5:19-cv-07792-LHK for all purposes, including pretrial proceedings, trial and appeal.

**IT IS SO ORDERED.**

Dated: June 24, 2020

*Lucy H. Koh*
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE